IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

Civil Action No: 26-cv-01765-NRN         Date:  June 18, 2026
Courtroom Deputy: Román Villa            FTR:   Courtroom A401

| *Parties:* | *Counsel:* |
|---|---|
| ALEXIS BONFIL RIVERA, | Andrew Brooks |
|     Plaintiff, | |
| v. | |
| GEORGE VALDEZ, in his official capacity as Acting Field Office Director, Denver Field Office, Immigration and Customs Enforcement, JUAN BALTAZAR, in his official capacity as Warden of Denver Contract Detention Facility, MARKWAYNE MULLIN, in his official capacity as Secretary, Department of Homeland Security, TODD M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement, TODD BLANCHE, in his official capacity as Acting U.S. Attorney General, | Alexandra Berger |
|     Defendants. | |

---

## COURTROOM MINUTES

---

**MOTION HEARING**

**3:33 p.m.      Court in session.**

Court calls case. Appearances of Counsel.

This matter is before the Court on the Motion to Enforce the Court's May 5, 2026 Order (Dkt. 13) filed by Petitioner Alexis Bonfil Rivera.

Arguments by counsel.

For the reasons stated on the record, the Motion to Enforce the Court's May 5, 2026 Order (**Dkt. #13**) is **TAKEN UNDER ADVISEMENT**.

**4:13 a.m.      Court in recess.**

Hearing concluded.
Total in-court time:   00:40

*To order transcripts of hearings, please contact either Patterson Transcription Company at 303-815-0487 or by email at scheduling@pattersontranscription.com, or AB Litigation Services at (303) 629-8534.